≪JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** FBI
**City** Brookline
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   25-MJ-8022-PGL
Search Warrant Case Number   24-MJ-278(TOF) D.Conn
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
**Defendant Name** Scott Cunha   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** Scott Hudner Cunha
**Address:** 311 Clark Rd, Brookline, MA 03445
**Birth date (Yr only):** 2000   **SSN (last 4#):** 7760   **Sex:** M   **Race:** _____   **Nationality:** U.S.
**Defense Counsel if known:** N/A   **Address:** N/A
**Bar Number:** N/A

**U.S. Attorney Information**
**AUSA:** Torey B. Cummings   **Bar Number if applicable:** _____
**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: N/A
**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
**Matter to be SEALED:** ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody
**Location Status:** N/A
**Arrest Date:** N/A

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/22/2025   **Signature of AUSA:** *Torey B. Cummings*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Cunha

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Sexual exploitation of children | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013