## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Jenny Larkin, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. As such, I am a "federal law enforcement officer" of the United States. I am currently assigned to the Boston Division, Violent Crimes Against Children/Human Trafficking Unit and am designated to work a variety of criminal matters, including child sexual exploitation, Internet crimes against children, and human trafficking. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code Sections 2251, 2252, and 2252A which criminalize, among other things, the production, advertisement, possession, receipt, accessing with intent to view, and transportation of child pornography. I have received training in the area of child pornography and child exploitation and have experience reviewing and observing numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in different forms of media including computer media.

2.      Also as part of my duties, I investigate violations of Title 18, United States Code Sections 18 U.S.C. 1591 and 1594, which criminalize, among other things, the recruitment, enticement and solicitation or attempted recruitment, enticement, and solicitation of minors to engage in commercial sex acts. I am aware that the term "commercial sex acts" also encompasses visual depictions of sex acts or masturbation. I serve on the FBI Child Exploitation and Human Trafficking Task Force, which is comprised of local, state, and federal law enforcement officials, many of whom have investigated hundreds of human trafficking cases. I am familiar with the methods used by traffickers to recruit individuals, including minors, to engage in commercial sex.

3.      I submit this affidavit in support of a criminal complaint charging Scott CUNHA with a violation of 18 U.S.C. § 2251(a).

4.      The statements in this affidavit are based in part on information provided by federal agents and law enforcement officers; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; my personal observations; review of records; independent investigation and analysis by federal agents/analysts; and my experience, training, and background as a Special Agent with the FBI.

5.      Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CUNHA committed violations of 18 U.S.C. § 2251(a). Where statements of others are set forth in this affidavit, they are set forth in substance and in part and not verbatim unless indicated otherwise.

### SUMMARY OF PROBABLE CAUSE

6.      As described below, there is probable cause to believe that, from approximately April 2023 until July 2023, in the District of Massachusetts, using Snapchat,[1] CUNHA employed, used, persuaded, induced, enticed and coerced Minor 1[2] to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct; that Minor 1 was fifteen years old; and that CUNHA knew and had reason to know that such visual depiction would be

---

[1]      Snapchat is an internet-based platform. It describes itself as a "visual messaging app" that provides users a way to share photos, videos, and text. Snapchat is available as a mobile application and web application that can be accessed via web.snapchat.com.  Snapchat users can take photos or videos ("Snaps") using their camera phone in real-time and then select which of their friends to send the message to. Another feature available to Snapchat users is the chat feature, where users can type messages, send photos, videos, and audio and video notes to friends within the Snapchat application. Snapchat's headquarters are in Santa Monica, California.

[2]      I know the names of all of the minor victims identified in this affidavit but am withholding their names from this affidavit to protect their privacy.

transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

7.     The FBI has also uncovered evidence that from at least 2022 until at least 2024, CUNHA used his Snapchat account[3] to correspond with multiple minor victims. Throughout this correspondence, CUNHA solicited and attempted to solicit minor victims to produce nude photos of themselves, some of which I submit is child pornography as defined by 18 U.S.C. § 2256. I am aware that CUNHA corresponded with minors in at least Massachusetts, Connecticut, New Jersey, Indiana, Michigan, Missouri, and Alabama. I have reviewed Snapchat messages between CUNHA and these minors and read his attempts to solicit and entice them to produce child pornography. Additionally, I have reviewed the child pornography that several of these victims did, in fact, produce to CUNHA at his request.

8.     I am confident that CUNHA is the user of the Snapchat account based on subscriber information provided by Snapchat, pictures of his face that he appears to have taken of himself and sent to his victims located in his Snapchat account, and victim disclosures in which they identify CUNHA as the person that they either video-chatted with, or, in the case of Minor 3, met in person. I have also reviewed records from CashApp identifying CUNHA (by name, date of birth, and Social Security Number) as the person who sent money to several of these minor victims at or around the time that they were sending him nude images of themselves to him.

---

[3]     Records from CUNHA's Snapchat account were obtained through a search warrant authorized by a judge in the District of Connecticut in March of 2024.

9.      CUNHA is a twenty-four-year-old male who lives in the District of Massachusetts and, as recently as 2022, worked as a lifeguard.

## STATEMENT OF FACTS

Minor 1

10.      As summarized below, I have probable cause to believe that CUNHA and Minor 1 corresponded over Snapchat and other internet-based platforms from approximately April 2023 through approximately July 2023.[4] During that time, Minor 1 was a fifteen-year-old child residing in Connecticut. Throughout that correspondence, CUNHA – who was twenty-three years old at that time– repeatedly requested and demanded that Minor 1 send him nude photographs and videos of herself as well as videos of her masturbating, often in exchange for money or the purchasing of items for her from Amazon.com or www.shein.com.[5]

11.      On multiple occasions in May 2023, during their correspondence, Minor 1 reminded CUNHA of her minor status.[6] On May 5, 2023, she told him that she would not be able to send him nude images at school and that she was not allowed to have her phone in class. In another instance, Minor 1 told CUNHA that her mother did not allow her to have privacy. CUNHA replied, "ur not an adult so she does have that power over u."

12.      On May 2, 2023, CUNHA referred to Minor 1 as his "sugar baby", a term that I know to mean a person who receives financial support from an older companion in exchange for intimacy. I have reviewed CUNHA's CashApp records, which reveal that he did, in fact, pay Minor 1 on multiple occasions from May 4, 2023 through May 8, 2023.

---

[4]      CUNHA's Snapchat username is intentionally omitted from this affidavit to protect the integrity of the ongoing investigation.
[5]      I am aware that Shein is a global e-commerce platform specializing in fast fashion.
[6]      Snapchat uses Coordinated Universal Time ("UTC") in its records. The dates in this affidavit reflect the dates in the Snapchat records under UTC. UTC is five hours ahead of Eastern time.

13.     On May 2, 2023, CUNHA asked her how much her price would be for "irl"[7] stuff and told her that he would make time for her whenever she was ready to see him "irl." He also reminded her that for "kinkier stuff the more I'll pay." CUNHA told Minor 1 that he would meet up with her whenever she could make time and felt ready.

14.     While it is unclear if CUNHA ever actually met up with Minor 1, he did attempt to get her to agree to meet with him in person. In early May 2023, CUNHA discussed meeting Minor 1 at a mall close to her house[8] and what the two would do when they did, in fact, meet in person. Minor 1 agreed to have sex with CUNHA but requested that he "wear a condom or get an std test." CUNHA told Minor 1 that he would bring her toys and "cream." CUNHA discussed "prices" for when he met with Minor 1 and specifically discussed the amount of money it would cost CUNHA to engage in certain sex acts with Minor 1. CUNHA asked her how much it would cost for "anal without cream.. roleplay.. and toys."

15.     I have probable cause to believe that CUNHA and Minor 1 also communicated over the phone. Minor 1's cell phone reflected multiple incoming and outgoing calls during May 2023 with a specific phone number ending in 1352, which I know belongs to and is used by CUNHA. The conversations ranged from 24 seconds to 56 minutes. Additionally, CUNHA initiated Facetime video calls with Minor 1 on multiple occasions throughout May 2023.

16.     I have reviewed several messages in which CUNHA asked Minor 1 to send him nude images of herself. On May 7, 2023, CUNHA directed Minor 1 to send a picture of herself masturbating and a "shower v." Minor 1 sent him a picture of herself naked from the chest down, exposing her genitals. I submit that this image meets the definition of child pornography under 18

---

[7]     I know this to mean "in real life."
[8]     As described below, approximately one year prior, CUNHA successfully encouraged another child to meet with him in person by suggesting that she meet him at a mall near her house.

U.S.C. § 2256. CUNHA then directed her to "now rub till ur cumming and then lick fingers." Based on my investigation so far, I am not aware of any images or videos Minor 1 sent on this date in response to this directive.

17.     In an interview with the FBI in June 2023, Minor 1 acknowledged that the Snapchat account communicating with CUNHA was hers and that the photos sent to CUNHA were of her. She denied knowing CUNHA or sending him pictures but had no explanation for who used her account to correspond with CUNHA regularly or to send him photos of her.[9] I have reviewed messages between CUNHA and Minor 1 that show that their correspondence persisted even after FBI intervention.

18.     On June 4, 2023, CUNHA messaged Minor 1 stating that he was mad, and asking if she got her "trap phone" working.[10] Minor 1 told CUNHA that she needed her mom's phone to get her "trap phone" working so she had to wait for her mother to go to bed. The two continued to discuss meeting in person. Minor 1 told CUNHA that he could meet her at a street in her neighborhood and they could book a hotel and "yea yk[11]". CUNHA and Minor 1 agreed that CUNHA could go in and book the hotel while Minor 1 waited outside so it wouldn't be "suspicious" for them to go in together. CUNHA responded, "how long and wat can u offer." Minor 1 told CUNHA that "head"[12] would be 50 and sex would be 100. Minor 1 told CUNHA that she was not going to do "bondage" or "anal" and he asked, "why did we remove bindage[13] and anal."

---

[9]     In my training and experience, it is common for victims of child exploitation and sex trafficking to deny or be reluctant to disclose their victimization to law enforcement. This can occur, in part, because grooming techniques used by the exploiter or trafficker are often successful. In my experience, victims of child exploitation and/or sex trafficking may feel responsible for their fictitious role in their victimization, may have a fear or mistrust of law enforcement, or may be protective of their abuser.

[10]     In my experience and from my training, I know that the term "trap phone" is used to describe a "burner phone" or a second phone typically used to conduct illegal activity.

[11]     I believe that "yk" is shorthand for "you know."

[12]     I am aware that "head" is a term typically used to refer to oral sex.

[13]     Material in quotations is pulled directly from CUNHA's Snapchat records so all spelling errors are included.

Minor 1 told CUNHA that it was because she was "uncomfortable with doing it. And you said that you wouldn't make me do anything I was uncomfortable doing."

19.    On June 5, 2023, CUNHA instructed Minor 1 to send "nudes." Minor 1 told CUNHA that she could not connect with him earlier because "my mom is coming home early now… bc she has dcf[14] on her ass." CUNHA asked her "wat time will I have u" and tells her to "keep sending [pictures]… and send vids." CUNHA then told her, "when's ur mom work and wat if just posted up near house and fucked u like car slut." CUNHA again asked Minor 1 when her mom would be at work and Minor 1 messaged, "I just got back from the hospital…your stressing me out." CUNHA told her to "keep sending." Minor 1 then told CUNHA "I'm doing this bc I need the money… this is making my anxiety worse but I need the money… I just… don't wanna meet up…the thought makes me uncomfortable…but I need to get the phone and for the money." CUNHA ultimately reminded Minor 1 that to get her own place "u need miney." Later on June 5, 2023, Minor 1 asked CUNHA for "a list of what photos u want me to take." CUNHA told her, "ass then legs and a fingering vid then suck and spit." Based on my investigation so far, it appears as if Minor 1 sent CUNHA an image of a person lying on his/her back on turquoise colored bedding with their legs lifted upwards and underwear pulled up toward their waist.  This exposed a naked buttocks only.  Minor 1 then sent a second image of bear legs.

20.    On June 7, 2023, CUNHA asked Minor 1 to send "usual poses and vids", "ass in air and riding vids" and for a bonus "play with yourself in the bathroom feet up on each side of the stall." On June 7, 2023, Minor 1 sent CUNHA approximately 13 images and videos. One video, approximately four seconds in length, depicts a female, wearing a black-colored tank top and gray-colored underwear, in a seated position. The female was bouncing up and down on turquoise-

---

[14]    I understand "dcf" in this sentence to refer to the Connecticut Department of Children and Families.

colored bedding, depicting "riding." One image depicts a female in a black-colored short-sleeved cut-off shirt and black underwear, with her knees and forearms on a bed. The female's chest is closer to the bed and her buttock is angled upwards, depicting "ass in air."

21.    On June 7, 2023, CUNHA again asked Minor 1 to send him a "full body" picture. Minor 1 then sent CUNHA an image, specifically a "selfie," depicting a female seated on a bed with turquoise and pink-colored bedding. The female was wearing a neon pink-colored bra and blue-colored underwear. CUNHA then asked her for pictures of her "with face and usual poses then nude" and Minor 1 sent him six pictures of herself. Those pictures depicted the same female in a neon pink-colored bra and blue-colored underwear. Three of the images were similar to the "selfies" just described of the female's body from a seated position on the bed, two of the images focused on the buttock, and the sixth image depicted the female wearing no underwear and the bra pulled down, displaying her breasts. CUNHA then directed Minor 1 to send him a picture of herself masturbating. Minor 1 then sent one video of herself. The video is approximately one second in length and depicts a female pretending to lick the camera. He told her to "degrade" herself and then specifically suggested a way in which she could do that. Minor 1 replied, "I don't want to… I'm stressed and I'm sad… u can't force me."

22.    On June 14, 2023, Minor 1 told CUNHA that she was staying at a friend's house later that week and he could pick her up from there. CUNHA told Minor 1 that he wanted a "blowjob" and sex and that he would pay her the money he owed her "plus the shein cart or payment for the night. U csn get bith but would have to be absolute perfection." CUNHA told her that the amount of clothes she could purchase in her "shein" cart depended on whether she would "spit instead of swallow" and that she should get a "skimpy slutty trashy outfit" for their meet-up.

23.    On June 19, 2023, CUNHA told Minor 1 to send him a "full nude head to tow front back side hude nothung." She then sent him seven images. None that I have reviewed appear to depict Minor 1 nude, "merely" clothed with a tank top on, underwear barely visible, and an object put into her mouth.  He then asked her for certain specific poses including "riding" "throating"[15] and "squirting[16]". She sent him three photos that were not nude images. CUNHA responded telling her that they were "not enough to wank[17] 2" and that she used "to do what you were told now you get all the whiny and bitchy about it."

24.    On June 26, 2023, Minor 1 told CUNHA that sending him pictures all day was affecting her mental health, that she had "major depression" and that she was uncomfortable.

25.    I have reviewed an eight second video sent on June 28, 2023 to CUNHA's Snapchat account in which a female, whose depiction matches that of the forensic interview of Minor 1, is sitting on a bed. The camera is focused on her unclothed genitals and she is digitally penetrating herself. I submit that this video meets the standard for child pornography under 18 U.S.C. § 2256. The background of the video depicts turquoise-colored walls, which matches a majority of images and videos sent from Minor 1 to CUNHA.

26.    On June 29, 2023, CUNHA again requested nude photos from Minor 1. They made a plan to meet that day and Minor 1 sent CUNHA her address.[18] CUNHA asked Minor 1 for more videos. When she said that she would not do "fisting" videos, CUNHA stated, "I'm ok with no

---

[15]    I am aware that "throating" is a term used to describe putting in object into someone's mouth to the back of their throat.
[16]    I am aware that "squirting" is a term used to refer to the release of fluid from a female's vagina during sexual arousal or orgasm.
[17]    I am aware that this is another term for masturbating.
[18]    Based on my review of the messages, it does not appear as if CUNHA and Minor Victim 1 actually met that day.

fisting[19] but ur a slut that's why have u round not looking for forever or love just obedience and nudes."

27.    I have reviewed an image from on or about June 30, 2023 in CUNHA's Snapchat account in which a female, who I believe to be Minor 1, based on the visual matching Minor 1's forensic interview, is laying on her back on a bed with turquoise and pink-colored linens. Her legs are spread, and the image is focused on her unclothed genitals. I submit that this image meets the standard for child pornography under 18 U.S.C. § 2256.

28.    During the course of their messaging, CUNHA repeatedly promised to send Minor 1 money, though he rarely made good on that promise. On July 10, 2023, Minor 1 asked CUNHA for the money he owed her, telling him that she needed money for "clothes" and for "therapy for my mental health."

29.    Also on July 10, 2023, Minor 1 stated that she no longer wanted to document herself inserting objects into her body for him because it made her "uncomfortable." CUNHA responded that she would still have to stick objects in her mouth. CUNHA then requested a number of nude images including "full strip and lapdance video" and Minor 1 then sent a number of nude images to CUNHA. Most of these images depict blue and turquoise-colored bedding. The first set of images sent on July 10, 2023, depict a female wearing a black-colored long sleeve shirt and black-colored underwear. Multiple images in this set depict the shirt pulled down to display the female's breasts. Other images depict the female's underwear pulled down displaying her naked buttock or naked genital area. I have reviewed these images and I submit that these meet the definition of child pornography under 18 U.S.C. § 2256. When CUNHA became dissatisfied with the speed at which Minor 1 was sending the images, he told her "you cant get all teary-eyed when I get real

---

[19]    I am aware that "fisting" refers to the sexual practice of inserting one or both hands into the vagina or rectum of oneself or another.

with you I'm giving you money to do as you're told that's the point of paying you you answer with yes daddy."

30.    On July 11, 2023, CUNHA continued to request nude and lasciviously posed photographs of Minor 1. He told her to be "trashier thin trailer trash gum on thr bottom of the shoe trash." On July 13, 2023, CUNHA required Minor 1 to send pictures of herself masturbating as well as inserting her fingers into her anus. CUNHA's Snapchat account contains an image from approximately July 13, 2023, in which a female I believe to be Minor 1 is on her knees on a carpet. She is bent forward and the camera is positioned behind her, while she is gripped and spreading her naked buttocks to make her vagina and anus visible.


**<u>Production of Child Pornography of Additional Minor Victims</u>**

<u>Minor 2</u>

31.    As summarized below, CUNHA also used his Snapchat account to correspond with another minor (Minor 2) from whom he requested and demanded nude photographs and videos as well as videos of her masturbating, typically in exchange for money. CUNHA victimized Minor 2 from approximately May 2022 until approximately July 2022, when she was fourteen years old and living in Indiana. CUNHA was twenty-three years old at that time. The FBI has interviewed Minor 2.

32.    CUNHA's grooming of Minor 2 was similar to that of other minor victims with whom he corresponded over Snapchat. He started by asking for outfit, or "fit," pictures. Minor 2 then sent a selfie of herself, clothed. Then CUNHA asked for a video of her "shaking ass," and she complied by sending a one-second video of a female in bra and underwear shaking her buttock.

33.    CUNHA then progressed to asking Minor 2 for a "strip vid" and one in which she gagged herself with her "fingers and panties." Minor 2 then sent CUNHA an approximately 17-second video depicting a female in a black-colored sports bra and white-colored underwear removing both articles of clothing, exposing her naked breasts and naked genitals. The female then put her fingers in her mouth, gagging herself. I have reviewed this video, which I submit meets the definition of child pornography under 18 U.S.C. § 2256. CUNHA then asked her for pictures of her "face down ass up naked" and videos of her inserting her fingers into her vagina and anus.

34.    On May 24, 2022, CUNHA requested additional videos and after Minor 2 sent them, he told her to do "face down ass up bith holes." I have reviewed an image Minor 2 sent to CUNHA on May 24, 2022, in which there is depicted fingers digitally penetrating a naked vagina. A cream-colored shaggy rug is visible in the background. The image is zoomed in on the naked genitals with text stating, "for now." I submit that this video meets the standard for child pornography under 18 U.S.C. § 2256. Although the female's face is not visible, other images sent from Minor 2 on the same day depict a female matching the female in Minor 2's forensic interview. These other images also depict the cream-colored shaggy rug. After sending the videos, Minor 2 asked if she had earned any money from him. CUNHA stated that he would send her part of it that day. During that conversation, Minor 2 explicitly stated she was "14" and that her family did not even know she had a phone.[20]

35.    On May 24, 2022, CUNHA progressed to asking Minor 2 to meet him in person. CUNHA asked Minor 2 how much she would want to be paid to join him on a trip. He indicated that he expected her to give him "head and handjobs." Based on the messages I have reviewed and on the FBI's interview with Minor 2, it does not appear that CUNHA and Minor 2 ever met in

---

[20]    In a child forensic interview, Minor 2 explained that she was "renting" a phone from a friend because she didn't have her own phone. Minor 2 used the rental phone to communicate with CUNHA.

person. However, throughout May and June of 2022, CUNHA continued to request nude images and videos, including masturbation videos, from Minor 2. CUNHA and Minor 2 often discussed payment, with Minor 2 saying that she needed money to feed and clothe herself after her mother left her.

36.     On multiple occasions, CUNHA asked Minor 2 to send pictures from school. He directed her to "run to bathroom." CUNHA directed Minor 2 to send pictures of herself playing with her breasts, degrading herself, and calling herself a "worthless slut." When Minor 2 expressed reluctance in sending images because she had not yet received any money from CUNHA, CUNHA told her to stop wasting his "fucking time" and to "hurry the fuck up."

37.     On May 30, 2022, CUNHA requested that Minor 2 send him a video of her masturbating. I have reviewed an image that Minor 2 sent CUNHA on that day. That image depicts a female on her knees on a tile floor. The female is bent forward, and the camera is positioned behind the female. The female's arms and breasts are touching the floor, and her naked buttock is angled upward. The female's legs are spread apart, making her naked genital and anus visible. The image has text at the top stating "Is this up too far". I submit that this video meets the standard for child pornography under 18 U.S.C. § 2256.

38.     I have also reviewed an image Minor 2 sent to CUNHA on Snapchat on or about May 30, 2022, depicting a person I believe to be Minor 2 positioned on her knees, naked, on a tile floor. A white and green-colored shower curtain is visible in the background. The female's hands are behind her back and her legs are spread in a manner that makes her genitals a focal point of the image. The female's breasts are also visible. Although the female's face is not visible in the image, it is visible in additional nude images sent that same day, in the same setting. The female's face

depicts the same as in Minor 2's forensic interview.  I submit that this image meets the standard for child pornography under 18 U.S.C. § 2256.

39.    Minor 2 told the FBI that she was connected to CUNHA on Snapchat by a friend, Minor 4. She indicated that CUNHA knew that she was fourteen but kept asking her for images. CUNHA told her that he was seventeen years old, but when Minor 2 saw his Cash App profile picture, she thought he was much older as he looked like a grown man.

40.    Minor 2 stated that, even when she would not answer CUNHA's messages, he kept messaging her and asking her for images. She described him as being "really persistent, every second every day." She disclosed that CUNHA was "very specific" in his demands for photos and videos, specifying poses and acts he wanted her to do.

41.    Minor 2 indicated that CUNHA asked her specifically for nude images on multiple occasions and, if she did not send pictures, he would get upset. He would tell her that she was not going to get paid. While CUNHA promised her $200/week if she agreed to do "anything he asked," he only sent her approximately $20 worth of Robux once.[21]

Minor 3

42.    At least since May 2022 through and including May 2023, CUNHA also victimized Minor 3 by grooming her and soliciting her to take and send nude photos of herself to him. Minor 3, a resident of Massachusetts, was 13 years old when CUNHA started victimizing her, again using his Snapchat account to communicate with her. The FBI has interviewed Minor 3.

43.    Despite actually being twenty-two years old when he began communicating with thirteen-year-old Minor 3 in May 2022, CUNHA told Minor 3 that he was seventeen years old.

---

[21]    I am aware that Robux is the virtual currency for the online gaming platform "Roblox."

Minor 3 told CUNHA that she could not get caught using her phone in school and, on multiple occasions, provided CUNHA with her school's name and address. A quick Google search reveals that school to be a K-8 elementary school.

44.    On May 11, 2022, CUNHA asked Minor 3 for an outfit picture. After he made multiple requests, Minor 3 finally complied and sent a picture of herself to CUNHA. CUNHA responded that she was "cute."

45.    On May 13, 2022, Minor 3 told CUNHA that she had to message with him on her friend's phone because she "got [hers] taken away." CUNHA asked Minor 3 to send a selfie "with ur tounge sticking out." Later that day, Minor 3 sent CUNHA another photo of herself following his request and CUNHA replied that it was an "[amazing] angle."

46.    On May 14, 2022, CUNHA asked Minor 3 to send some "cute non nude pics." On that same day, he also suggested meeting up with Minor 3. He told her that he only lived an hour from her. Minor 3 told him that she did not have a car and CUNHA told her that he could drive his parents' car to go see her.

47.    On May 16, 2022, Minor 3 told CUNHA that him demanding pictures all of the time made her "feel like nothing." CUNHA responded that he was asking because he thought she was "beautiful."

48.    On May 21, 2022, Minor 3 told CUNHA that she was crying worrying about her grades and her after-school detention. That night, CUNHA commented on Minor 3's nipples and asked her to "do clevage and a cute pose" asking her to see how perked and cute "they" are.

49.    On May 22, 2022, Minor 3 told CUNHA that she did not want to "take pictures all the time." Within minutes, CUNHA responded by asking Minor 3 to send him another picture. Later that day, CUNHA asked if Minor 3 would ever let him buy her things such as clothing, that

he would then have the benefit of seeing her wear. Minor 3 stated that she could not receive money from him because her mom would wonder where she got it. She agreed to let him purchase items for her on www.shein.com.

50.     On May 22, 2022, CUNHA and Minor 3 exchanged addresses. Minor 3 told CUNHA that she thought she was falling in love with him. CUNHA responded by saying, "Really? Why. And can I ask u to do specific poses and fits."

51.     On May 23, 2022, CUNHA told Minor 3 to "do booty" and then told her that she was "flawless". CUNHA sent pictures of clothes that he wanted Minor 3 to use his credit card to buy, wear, and then pose in. Minor 3 at one time told him, "my mom wouldn't let me wear thattt." Later that day, CUNHA gave Minor 3 permission to purchase $345 worth of clothing items in her Shein online shopping cart with a credit card number he gave her.

52.     On May 23, 2022 and May 24, 2022, CUNHA and Minor 3 again started discussing meeting in person. Minor 3 told CUNHA that she felt bad she couldn't contribute to their plans because she didn't have a job or a credit card yet. CUNHA reminded her, "But u do send me all kinds of pics and cutness and all I got u also serves me bc I see u in it."

53.     CUNHA and Minor 3 made a plan to meet on May 26, 2022. CUNHA said that he would send a rideshare car to pick her up at her (K-8) school at 4:30pm. CUNHA told Minor 3 that he intended to "hold [her] close, little squeeze action make out and maybe a little rub" when he met up with her. Minor 3 told CUNHA that she was concerned that CUNHA would "get in trouble" if people saw them cuddling. CUNHA responded that they "keep cuddling to private areas like car hotels and movies." Minor 3 told CUNHA that his beard made him look older and people might judge them. CUNHA responded that he would shave it, making it easier to be together. Minor 3 told her that if people ever saw them kissing, he could get in trouble. CUNHA responded that that

was why they were going to kiss and make out in private hotel or in changing rooms, not in public. She reminded him that since she was not over 18, one of them could get in trouble. CUNHA told her that in public they could be friendly and then in changing rooms and hotel rooms they could be romantic.

54.     On May 26, 2022, CUNHA messaged Minor 3 that he wanted to see her naked and that he had "seen it in parts before." The two exchanged messages as CUNHA sent a rideshare car to Minor 3's K-8 school; Minor 3 confirmed she was in the rideshare car and updated CUNHA on her arrival time at the mall and then again to confirm where to meet once at the mall.[22] It appears from my review of the Snapchat messages that the two spent almost two hours together. Afterward, CUNHA asked if next time they could get a hotel and if he should get one bed or two. CUNHA then asked Minor 3 to send her a picture of her showing her face and in panties, her new clothes, and in a towel.

55.     Minor 3 disclosed to the FBI that at the mall that day, CUNHA went with her into changing rooms and had her try on shirts, which enabled him to see her in her bra. While in the changing room, CUNHA attempted to kiss Minor 3 multiple times, succeeding in kissing her on the mouth once. Despite her resistance, he touched her hips, side, and tried to touch her chest area while she was trying on shirts. This made Minor 3 uncomfortable, and she attempted to avoid his kisses and touches. Minor 3 said she then started to just "walk laps" in the mall where she could remain in public.

56.     On May 29, 2022, CUNHA asked for a picture where he could see Minor 3's face, breasts, and buttocks. He told her that he had so many photos of her on his phone that he was getting a "space low warning."

---

[22]     I have reviewed records from a ride share company that show that CUNHA's account did, in fact, order and pay for a ride to pick Minor 3 up from school and transport her to a local mall on May 26, 2022.

57.    On June 2, 2022, CUNHA asked Minor 3 why she had stopped responding to him. Minor 3 said that she had gotten her phone taken away for bad grades. CUNHA offered to get her a new phone and told her to tell her mom that a friend got it for her.

58.    On June 9, 2022, Minor 3 was talking about how strict her mother was, telling CUNHA that she isn't even allowed to have a boyfriend until she is 16 years old. By mid-June 2022, Minor 3 was expressing discomfort with CUNHA for constantly "spamming" her and asking her for photos.

59.    Based on my review of CUNHA's Snapchat account, Minor 3 and CUNHA then appeared to suspend their Snapchat conversations until September 2022, when CUNHA asked Minor 3 to send pictures of herself. CUNHA requested pictures of her "in doggy and biting lip", a video of her saying, "I love you Daddy" and pictures of her in the shower.

60.    In November 2022, Minor 3 told CUNHA that her mother was in the hospital and that she had a lot of pressure on her. CUNHA responded by asking for her to send him "pics and poses from the bathroom" in exchange for a bonus.

61.    On January 8, 2023, CUNHA asked Minor 3 to "work for me full time and switch to hourly." From approximately January 2023 until May 2023, CUNHA repeatedly asked Minor 3 for pictures, offered her money and then, at times, delayed paying her. CashApp records indicate that CUNHA sent an account in Minor 3's name a total of just over $120.00 on CashApp between February 11, 2023 and May 8, 2023.

62.    In May 2023, Minor 3 again expressed discomfort with sending images to CUNHA, saying that she was only doing it for the money, and she was relying on him to send the money to her. She told CUNHA that her grandmother had major surgery, that there were issues with another

family member, and that she could not keep up with all of her school work. CUNHA told her that he would help her and asked her to send him pictures of her "full shape."

63.    On May 8, 2023, CUNHA told Minor 3 that she could "do a full figure nude head to toe for a bigger binus." Minor 3 told CUNHA that she wouldn't do that. She asked him for money for food and he responded by saying, "wats in for me." CUNHA sent Minor 3 $30 via CashApp that day.

64.    On May 10, 2023, CUNHA asked for Minor 3 to send him a picture of her on her knees in panties. When Minor 3 said she did not want to take her pants off to show him, he told her, "if u don't wanna work that's fine."

65.    On November 15, 2023, CUNHA told Minor 3 in a message that he would pay her "250 a week 500 to meet 1000+ for sex things thrn?" Minor 3 did not respond.


Minor Victim 4

66.    CUNHA also preyed on Minor 4, grooming her when she was 10 or 11 years old and eventually soliciting nude photos in exchange for money from her in 2022 when she was fourteen. Minor 4 lived in Indiana at the time. The FBI has interviewed Minor 4.

67.    Minor 4 disclosed that she first started corresponding with CUNHA over Snapchat when she was 10 or 11 years old.

68.    When she was 14 and using a different Snapchat account, CUNHA began sending her messages asking her for naked photos. He would offer her money ranging from approximately $10 to approximately $300-$400. He would also offer her "bonuses." Minor 4 thinks that CUNHA

may have sent her $300 via CashApp or Apple Pay.[23] During her correspondence with CUNHA, Minor 4 told CUNHA that she was fourteen years old. CUNHA told her he was "seventeen."

69.     CUNHA started by asking Minor 4 for outfit pictures, then "made it more." CUNHA would, at times, send her money to purchase specific outfits he wanted to see her wear. CUNHA then started requesting nude images, saying that he would send her more money. Minor 4 would have to send pictures of whatever he asked for in order to get the money. CUNHA asked her to send pictures of every part of her body. He would instruct her where to take them, and she would take them either in her bedroom or bathroom. CUNHA asked her to send videos as well and she sent both nude pictures and videos of herself to him. CUNHA asked her to vacation with him, but she always made excused for why she could not go.

70.     CUNHA made clear that he knew her address and her family members, sending her pictures of her family from Facebook accounts. Minor 4 told the FBI that CUNHA would threaten her if she didn't do what he asked. She stated that CUNHA said he would come to her house or text her family. Minor 4 disclosed that she introduced her friend, Minor 2, to CUNHA on Snapchat and the two pretended to be sisters to "come up with excuses together."

71.     Minor 4 started to make excuses to CUNHA about why she could not comply with his demands. On one occasion, CUNHA told Minor 4, "you don't want to work, no money." She told him she was sleeping so that she wouldn't have to comply.

72.     On multiple occasions, Minor 4 attempted to block CUNHA, but she reported that he kept adding her back, texting her phone number, or messaging her on CashApp. In July 2022, Minor 4 because frustrated that CUNHA would not leave her alone and reported him to her mother.

## EVIDENCE OF ADDITIONAL CRIMINAL CONDUCT

---

[23]     Minor 4 does not remember the CashApp username she had at that time. She reported that she changed her username so CUNHA wouldn't text her on CashApp.

73.      Based on evidence the FBI has gathered to date, the FBI has learned that, in addition to the minor victims discussed above, CUNHA solicited nude photos from multiple other females, at least some of whom are confirmed to be minors.

74.      For example, records from CUNHA's Snapchat account show that in February 2024, CUNHA requested and received what appears to be child sexual abuse material from a Snapchat account that, according to Snapchat, is owned by a 16-year-old in Michigan (Minor 5). While the FBI has not yet contacted Minor 5, Snapchat records show that CUNHA offered money to the user of Minor 5's Snapchat account in exchange for nude photos and gave specific instructions on lascivious poses for the photos. CUNHA also asked the user of Minor 5's Snapchat account for a video of herself masturbating. Minor 5's Snapchat account sent nude photos and videos of what appear to be a teenage girl.

75.      In January 2024, CUNHA appears to have used his Snapchat account to similarly victimize a 16-year-old female living in Missouri, Minor 6. While the FBI has not yet contacted Minor 6, Snapchat records show that CUNHA exchanged messages, photos, and videos with an account that appears to be owned by her. CUNHA promised Minor 6 money in exchange for photos of herself, telling her he would give her a bonus for showing more of her body. For example, on January 14, 2024, CUNHA asked Minor 6 for a picture with her "panties" down, a video of her simulating oral sex, and a video "lap dancing." On February 7, 2024, the user of Minor 6's Snapchat account agreed to "do the video for 75." CUNHA then received one image from Minor 6's Snapchat account and messaged her, "Moneys sent." Minor 6's Snapchat account then replied to CUNHA with a second image.

76.      While the FBI is continuing to investigate CUNHA, at least a dozen potential minor victims have been identified to some extent so far.

## CONCLUSION

77.     Based on all of the foregoing information, I submit that there is probable cause to believe that from approximately April 2023 until approximately July 2023, Scott CUNHA did employ, use, persuade, induce, entice, or coerce Minor 1 to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported using any facility of, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

Respectfully submitted,

_Jenny Larkin /by Paul G. Levenson_
Jenny Larkin
Special Agent, FBI

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 22nd day of January 2025,
at Boston, Massachusetts.

HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

22