UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 25-mj-08022

UNITED STATES OF AMERICA

v.

SCOTT CUNHA

**DETENTION ORDER**

LEVENSON, U.S.M.J.

Defendant came before this Court for a detention hearing and a preliminary hearing on January 29, 2025. Represented by appointed counsel, Defendant consented to voluntary detention and waived his right to a preliminary hearing.

Based upon Defendant's consent to voluntary detention, I ORDER that Defendant be DETAINED pending trial.

It is further ORDERED that:

(1) Defendant be committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

2

This order is without prejudice to Defendant filing a motion at any time seeking a full detention hearing and the setting of conditions of release, regardless of whether there have been changed circumstances.

Date: January 29, 2025

/s/ Paul G. Levenson
PAUL G. LEVENSON
United States Magistrate Judge