AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-MJ-8022 |
| Scott Cunha | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States.

Date: 09/05/2025

/s/ Elizabeth Riley
*Attorney's signature*

Elizabeth Riley  BBO 679537
*Printed name and bar number*

United States Attorney's Office
1 Courthouse Way
Boston, MA
02210
*Address*

elizabeth.riley-cunniffe@usdoj.gov
*E-mail address*

(617) 748-3352
*Telephone number*

*FAX number*

Print    Save As...    Reset